STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00490 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING |
| v. | |
| MOHAMMED NURU, | |
| Defendant. | |

    The parties have reached an agreement to resolve the charges against the defendant. An executed plea agreement, attached as Exhibit 1, reflects the parties' agreement. In order to expedite this matter, and in light of the current COVID-19 pandemic, the parties are requesting that a change of plea hearing be held by videoconference on January 6, 2022, or as soon thereafter as convenient for the Court.[1]

    The defendant voluntarily wishes to appear by video conference, has been advised by counsel, and understands the following: (1) he has the right under the Constitution and the Federal Rules of Criminal Procedure to be present at the proceeding; and (2) he understands that video conferencing is

---

[1] The government has filed a notice of related case for this matter as to *U.S. v. Bovis*, No. CR 20-00204 WHO, *U.S. v. Wong*, No. CR 20-00257 WHO, *U.S. v. Hernandez*, No. CR 20-00353 WHO, *U.S. v. Zuniga*, No. CR 21-00096 WHO, *U.S. v. Varela, et al.*, No. CR 21-00192 WHO, and *U.S. v. Giusti*, No. 21-00294 WHO. Subject to the Court's discretion, the requested date above reflects the first available date on Judge Orrick's criminal calendar.

STIP AND [PROPOSED] ORDER SETTING CHANGE OF PLEA

the projection of live camera video and audio between participants.

SO STIPULATED.

DATED: December 17, 2021                           STEPHANIE M. HINDS
                                                   Acting United States Attorney


                                                   _____/s/_____
                                                   SCOTT D. JOINER
                                                   Assistant United States Attorney


DATED: December 17, 2021                           _____/s/_____
                                                   ISMAIL RAMSEY
                                                   Ramsey & Ehrlich LLP
                                                   Attorneys for Defendant


## [PROPOSED] ORDER

Pursuant to stipulation, the above-captioned matter will be set for a change of plea hearing on _____ at _____. The parties will appear by videoconference.

IT IS SO ORDERED.


DATED: _____          _____
                                   HON.
                                   UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER SETTING CHANGE OF PLEA