ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES ((Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mohammed Nuru

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MOHAMMED NURU,<br><br>            Defendant. | Case No.: 3:21-CR-00490-001 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**<br><br>**Date:** May 26, 2022<br>**Time:** 1:30 p.m.<br>**Courtroom:** The Honorable William H. Orrick |

    The defendant Mohammed Nuru is currently scheduled to appear before this Court for his sentencing hearing on May 26, 2022, at 1:30 p.m.

    Mr. Nuru is not in custody.  He is released on bail, with a $2 million bond, with $400,000 of that amount secured by a deed of trust on his primary residence. Mr. Nuru has complied with all terms of his pretrial release and supervision, without any violations.

    Due to a confidential and unmovable conflict that has arisen for Mr Nuru's counsel of record, Mr. Ismail J. Ramsey, counsel for Mr. Nuru requests that the sentencing hearing be continued.  The United States Probation Officer and AUSA assigned to this matter do not object to a continuance. The next date that all parties and the Court are available is June 30, 2022.

Accordingly, the United States and Mr. Nuru stipulate and move this Court to continue the sentencing hearing to June 30, 2022, at 1:30 p.m.

IT IS SO STIPULATED.

Dated: May 9, 2022                                      Respectfully Submitted,

                                                        RAMSEY & EHRLICH LLP


                                                        _____//s//_____
                                                        ISMAIL RAMSEY
                                                        KATHARINE KATES
                                                        Attorneys for MOHAMMED NURU


                                                        STEPHANIE HINDS
                                                        United States Attorney


                                                        _____//s//_____
                                                        KATHERINE LLOYD-LOVETT
                                                        Assistant United States Attorney


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:


                                                        _____
                                                        THE HONORABLE WILLIAM H. ORRICK
                                                        UNITED STATES DISTRICT JUDGE