1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   KATHERINE M. LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Alexandra.shepard@usdoj.gov
       Katherine.lloyd-lovett@usdoj.gov
9
   Attorneys for United States of America
10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,        ) NO. CR-21-00294 WHO
                                      ) [FILED JULY 27, 2021]
15 |         Plaintiff,                )
                                      )
16 |     v.                            )
                                      )
17 | PAUL FREDERICK GIUSTI,            )
                                      )
18 |         Defendant.                )
                                      )
19 | UNITED STATES OF AMERICA,        ) NO. CR-21-00456 WHO
                                      ) [FILED SEPTEMBER 9, 2021]
20 |         Plaintiff,                )
                                      )
21 |     v.                            )
                                      )
22 | RECOLOGY SAN FRANCISCO, et al.,   )
                                      )
23 |         Defendants.               )
                                      )

NOTICE OF RELATED CASES
U.S. v. GIUSTI; US v. RECOLOGY S.F., et al.; US v. NURU; US v. PORTER                v. 7/10/2018

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-21-00490 WHO |
| 2 | Plaintiff, ) | [FILED DECEMBER 16, 2021] |
| 3 | v. ) | |
| 4 | MOHAMMED NURU, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | NO. CR-22-00270 CRB |
| 8 | Plaintiff, ) | [FILED JULY 21, 2022] |
| 9 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | JOHN FRANCIS PORTER, ) | |
| 11 | Defendant. ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the four above-captioned criminal cases are related. The newly-filed case is *United States v. John Francis Porter*, No. CR-22-00270 CRB. Defendant Porter is charged with conspiracy to commit bribery of a local official, Mohammed Nuru, and with bribery of Nuru. During the period of time relevant to the charges, Porter worked for entities charged in No. CR-21-00456 WHO. Paul Giusti is identified as a co-conspirator in Porter's indictment. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges. Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: July 25, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney