1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   KATHERINE M. LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Alexandra.shepard@usdoj.gov
        Katherine.lloyd-lovett@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL FREDERICK GIUSTI,<br><br>    Defendant. | NO. CR-21-00294 WHO<br>[FILED JULY 27, 2021] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RECOLOGY SAN FRANCISCO, et al.,<br><br>    Defendants. | NO. CR-21-00356 WHO<br>[FILED SEPTEMBER 9, 2021] |

NOTICE OF RELATED CASES
U.S. v. GIUSTI; US v. RECOLOGY S.F., et al.; US v. NURU; US v. PORTER          v. 7/10/2018

|     |                           |   |                                      |
| --: | ------------------------- | - | ------------------------------------ |
|  1  | UNITED STATES OF AMERICA, | ) | NO. CR-21-00490 WHO                  |
|     |                           | ) | [FILED DECEMBER 16, 2021]            |
|  2  |    Plaintiff, | ) |                                  |
|  3  | v.                        | ) |                                      |
|  4  | MOHAMMED NURU,            | ) |                                      |
|  5  |    Defendant. | ) |                                   |

|     |                           |   |                                      |
| --: | ------------------------- | - | ------------------------------------ |
|  7  | UNITED STATES OF AMERICA, | ) | NO. CR-22-00270 CRB                  |
|     |                           | ) | [FILED JULY 21, 2022]                |
|  8  |    Plaintiff, | ) |                                  |
|     |                           | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
|  9  | v.                        | ) | ACTION                               |
| 10  | JOHN FRANCIS PORTER,      | ) |                                      |
| 11  |    Defendant. | ) |                                   |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the four above-captioned criminal cases are related. The newly-filed case is *United States v. John Francis Porter*, No. CR-22-00270 CRB. Defendant Porter is charged with conspiracy to commit bribery of a local official, Mohammed Nuru, and with bribery of Nuru. During the period of time relevant to the charges, Porter worked for entities charged in No. CR-21-00456 WHO. Paul Giusti is identified as a co-conspirator in Porter's indictment. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges. Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: July 25, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney