1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7 | FAX: (415) 436-7234
alexandra.shepard@usdoj.gov

8

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 21-CR-00490 WHO |
|---|---|
| Plaintiff, | ) NOTICE OF ADDITIONAL COUNSEL |
| v. | ) |
| MOHAMMED COLIN NURU, | ) |
| Defendant. | ) |

     The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Alexandra Shepard appears in this matter in addition to AUSA Katherine Lloyd-Lovett.  Future ECF notices should be sent to Assistant United States Attorney Shepard with the following contact information: Alexandra Shepard, U.S. Attorney's Office, 450 Golden Gate Ave., 11th Floor, San Francisco, CA 94122, 415-436-7200.  AUSA Katherine Lloyd-Lovett remains as counsel for the government in this case.  In addition, former AUSA Scott Joiner should be removed from the list of persons to be noticed.

DATED:  August 11, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Alexandra Shepard*
_____

ALEXANDRA SHEPARD
Assistant United States Attorney