# EXHIBIT G

Letters from Friends in Support of Defendant Mohammed
Nuru



11th January 2022

Honourable Judge William H. Orrick
United States District Judge
Northern District of California
United States of America

Dear Sir ,

RE MOHAMMED NURU

I would like to provide a character reference for Mohammed Nuru.

I am an Associate Specialist Anaesthetist specialising in Intensive Care Medicine and Obstetric Anaesthesia in the NHS.

I have known Mohammed  for 49 years and our families are close family friends . I have known him in the different stages of life - childhood, student , worker , family man .

Mohammed has always been a kind hearted person who always puts others before himself. He is the first to congratulate you when doing well but also the first to reach out when you are struggling. He has helped others in too many ways to list , for example helping to provide educational support for friends and family as he believes strongly in the power of a good education to progress in life. He is proud of his adopted city of San Francisco and the work he put into organising urban gardens and environmental sanitation. When I  visited he was justifiably proud of the effort that had been put into commemorating Nelson Mandela in the City Hall and it was obvious that he was held in high regard by his colleagues.  He retained his warmth and humanity in his working life and sought solutions to improve the living conditions of the less fortunate in the City . Despite his current circumstances he is continuing to provide support as able to his elderly parents and the young wards he was providing educational support for . This is one of the ways he shows his ongoing loyalty and strong sense of responsibility.

I am honoured to have Mohammed as a friend. Please do not hesitate to contact me if you require any further information .

Yours faithfully

Dr D A Kyari

Dear Honorable William H Orrick,

My name is Anthony Osa Odiase and I live in Southern California. I am a leadership consultant, and the Pastor of fellowship of the Word.
I have known Mohammed from my teenage years. We met in college when I was about 16years old, he was studying architecture while I was an Economics major.

The first thing that stood out about Mohammed was his kindness and willingness to help others no matter who they were. When I did not have a place to go to at the end of the semester Mohammed provided a home for me and some other friends in his house in Shika. His parents never questioned his generosity when he brought us into their home where he feed us and made us comfortable until school resumed session again. They knew that was typical of him.

Mohammed would bring homeless kids' home, feed them, cloth them and give them a place to sleep in their boys' quarters for a few days. Everyone in the area called him a pet name 'Monkus' which signified a deliverer in their midst. They wondered how a privileged child whose father was a professor of Verterinary medicine with an English mum living on a ranch would stoop so low to help the underprivileged in their village and bring them to the comfort of his home. That is who Mohammed is.

It was no surprise to hear and see him repeat the same feat in San Francisco. His relentless efforts in dealing with the homeless crisis and giving opportunities and alternatives to the less privileged is part of his call and he pursues this with all vigor.

 I have encountered many folks who let me know if not for the opportunity Mohammed gave them their life would have been in total disarray. A lady who lived in a car with her two children was given an opportunity to work in the yard and earn a living, which resolved her homeless problem. A man addicted to drugs found his way to jail, after getting out with no where else to go he had the fortune and meeting Mohammed who gave him a job and an opportunity to get his life back together again. There are several testimonies of Mohammed's good acts your honor.

Your honor Muhammed is a good person who wants to see all succeed in their life endeavors. I pray you will grand him some leniency.

Thank you sir.

Sincerely

Anthony Osa Odiase.

Honorable Judge William H Orrick
United States District
Northern District of California

Dear Honorable Judge William H Orrick;                    01/07/2022

I am Emma J. Edgerly, retired Facilities Planning Clerk for Berkeley Unified School District.

I have known Mohammed for over twenty seven years. We met thru my son who was both interested in Urban Gardening and my son told him his parents was retired on a Ranch and had land they wanted to start gardening to invite the children from the Girls Club to get experience in country life. He helped us with a plan and we included cows ,pigs and horses.  He offered his skills, showing us how to improve the soil and planting. The project was successful and the girls loved the Ranch.

Mohammed is one of the most dedicated, hardworking, loyal and innovative young men that I know and I call him a son and a friend.  He is compassionate, kind and dependable. He was here for me and our family during the illness and deaf of my spouse of sixty-seven years.

Mohammed is someone in a crises that you can count on, if he see the need he does it, you don't have to ask. From the day we met I observed he has a contagious attitude. This I also admire him for.

Mohammed is a dedicated , compassionate and loving father of five children that he raised as a single father. I love him and the children and he is a valuable asset to the Ranch and our community.

If  you have any questions, please feel free to contact me.


Sincerely,

Emma J. Edgerly

From: Eric C. Edgerly



January 3,2022

To: Honorable William H. Orrick,
    United States District Judge,
    Northern District of California

I am a graduate of the University of California, Davis where I majored in Agriculture
Education.Then, I went to Chico State University to receive my teaching credentials in
Agriculture Sciences (FFA), Physical Science, and Life Sciences for the State of California. I
also received a U.C. Berkeley Certification in Hazardous Material Management and a Masters of
Science degree in Education from Cal State East Bay ( formerly California State University,
Hayward) My career in California Public Education has been very rewarding for the past **45
years** and counting (Teaching/Administration/Consulting/Science Curriculum Development). I
love helping others achieve their individual career dreams even those persons who lack the
right  knowledge and wisdom. The Oakland Unified School District allowed me the opportunity
to serve children, adults and entire families for twenty-eight years. Currently, I am teaching
Discovery Science Education to 8 graders (Young Scholars) in the Franklin Mckinley School
District (17 years).

I met Mr. Mohammad Nuru (Director of SLUG-San Francisco of Urban Gardeners) at a United
States Forest Service Environmental Curriculum Conference (C2000 Environmental Program) in
San Francisco, California. I volunteered to work with Mr. Nuru in the planning, building and
maintaining gardens in Oakland and San Francisco inner city communities because he wanted
to help disenfranchise communities by  promoting healthy foods and garden beautification
projects. Mr. Nuru has always been an upright gentleman in the Bay Area community. In our
friendship he has really been there for me, especially when I needed professional help building
a vegetable and fruit tree garden at Castlemont High School (OUSD).

As a friend I have seen Mr. Nuru going through ups and downs in life. He has come across as a
person of good character as far as I know, although it might be hard for you to believe.I can
confirm that he is a human of great principles, is extremely dedicated, and quick to volunteer or

assist to help people in any community. Without a doubt he will continue to be a valuable asset to us all. Mr. Nuru possesses a strong sense of duty, which applies to his job (project based), family and his San Francisco community.

We have been together in several emergency situations, and he has always conducted himself with common sense and most of all **compassion**. In addition, our children grew up together in very close family relationships. We have had numerous gatherings and celebrations at my parent's ranch in Lodoga, California. Mohammed continues to be very influential in the growth of our families. I hope this help provides a better picture of Mr. Mohammad Nuru. I don't believe I have ever heard another person say a bad word about him.

Last, I've found that he exceeds expectations in his interpersonal skills, problem solving abilities, and most importantly work ethic. I consider myself to be an excellent judge of character and Mr. Nuru is someone sincere in his desire to change, or to account for wrongdoing, and I am certain this is the case. Let's not look down on him, but pick him back up. Thank You, Honorable Judge.

Please do not hesitate to call me if you would like to discuss this letter further.

Yours Faithfully,

*Eric C. Edgerly*

Eric C. Edgerly

## Character Reference: *Mohammed Nuru*

January 28, 2022

Emma Johnson



To the Honorable Judge William H. Orrick, United States District Judge, Northern District of California,

My name is Emma Johnson. I am a proud family friend of Mohammed Nuru. I have known Mohammed since I was a child and from my memory it has been 23 years for me. He has been like an uncle and has always been a fair upright man who treated everyone equally. When we all went or hung  out, though I was not blood related he never made me feel any different from his own children. He has always been about enjoyment of life and never keeping up with drama. Even when a tense situation would occur, he would always be the voice of reason.

In addition to being like an uncle to me, he has also been like a teacher. He always tries to teach that you have to work hard, be respectful, and give back. Mohammed always taught by example, as this is how he always carries himself. He is the first person to say do you need anything and has always been selfless and graceful. His willingness to help others has always been exemplary and even if it is at the cost of himself.  Whenever my grandmother needs help, no matter what it is, he has been right there. I have witnessed him help everyone with never expecting anything in return. He has always been there for me as well. When I needed help to get items for my child, I sent a text and it happened. This is just like his love for this planet.

Mohammed, who I also refer to as Mo, has always been an upstanding community member who loves to make this planet a cleaner place, help ecology by planting trees, and always volunteering. I have known Mo to encourage volunteer work to teach you real life skills while also cleaning up and making the planet better for all of us. He always gives to the needy even if that's a place to stay in his own home. He is one of the reasons I chose to better myself and go back to college so I could try and be more like him. My memory only serves great memories of my Uncle Mo and how much of a giving, loving, family and community oriented person he has always and continues to be. Even when he physically can't be there, his impact he has left is so great that his legacy of great doings will continue for many generations around us.

Best,

Signature_____EJ_____   Date _1/28/2022_
               Emma Johnson

4/4/2022

The Honorable William H. Orrick
United States District Judge
Northern District of California

Dear Judge Orrick,

My Husband Charles & I moved to the Bayview Heights Community in 1998, and
have known our neighbor, Mohammed for over 20 years. He has always been a
courteous, friendly, caring, and responsible neighbor in our community.

We used to host Community Meetings in our home and looked forward to Mohammed
attending those meetings. Community Response of attendees concerning safety and
cleanliness of our neighborhood was important, and we always welcomed his
participation, & respected his input.

Mohammed has always treated My Husband & I like his own family members. We
have been invited to his home for family gatherings, birthday & graduation
celebrations for his children, along with other celebrated events.

A few years ago, our car broke down, & my Husband & I were standing at a nearby
bus stop trying to get to the grocery store. Mohammed saw our distress, &
immediately picked us up in his car, took us straight to his home, and loaned us his
own auto until we could have ours repaired. We will never forget this kindness. We
were allowed to keep his car for weeks.

Another time, Charles and I desperately needed a "pre-paid" fence picked up from
a local supply store to protect our rear yard. Mohammed picked that fence up for us,
and delivered it to us for our nephew to erect in the rear yard. We are grateful for his
continued friendship & genuine concern about our family.

We want to thank you for your confidentiality in reviewing this Character Reference
Letter. We are Seniors with disabilities, and have been advised to shelter during this
pandemic, by our doctors. Mohammed remains our Neighbor and Friend. We will
continue to pray for him and his beautiful family.

We believe in that 2nd Chance, Judge Orrick.

Regards,

Mrs. Kathleen Williams-Clary
Mr. Charles E. Clary, Spouse

Honorable Judge William H. Orrick
United States District Judge
Northern District of California
03 January 2021

Honorable Judge Orrick,

My name is Kodjo Adadevoh and I am a friend of Mohammed Nuru. Mohammed and I met in 1980 in college at Ahmadu Bello University (ABU) in Zaria, Kaduna State, Nigeria.  We became fast friends and have remained good friends ever since.

Amongst our friends at ABU we all recognized Mohammed's leadership qualities and his capacity to make an impact. Mohammed has always been a people person and has always desired to make a positive impact in people's lives. During our college years Mohammed was a critical organizer of a very effective protest that led to critical changes at the university. The peaceful protest was against the Structural Adjustment Program which had led to a shortage of teachers, books and equipment.

In 1988 I emigrated to the United States. Mohammed and I reunited at that time when we met again in Maryland. At that time, my then fiancée, now my wife, Debbie and Mohammed and his wife spent many evenings and weekends together. I recall that during this time my fiancée was hospitalized and Mohammed was a pillar of strength and support. He drove me back and forth to the hospital and was available without question for my  fiancée when she was discharged from the hospital. At that time I did not have a car and I did not have to ask Mohammed. Without me asking, he was picking me up and dropping me off and making sure that Debbie had everything she needed.

When Mohammed moved to California in the 1990s, we were happy for him but sad to see him leave. At that time Mohammed was working with the San Francisco League of Urban Gardeners (SLUG). Mohammed explained the significant impact that this new position at SLUG would have on low income neighborhoods. He shared that by beautifying low income neighborhoods, not only were the spirits of the people lifted, but that this can have the impact of improving the neighborhood and community health. As a component of the SLUG program, Mohammed was able to help previously incarcerated individuals as they struggled to be rehabilitated and integrated back into society after incarcerations. Mohammed was committed to making sure that these individuals were not permanently scarred from their past experiences or mistakes, especially where these individuals were not involved in violent crimes. He was able to provide them with gainful employment and the fulfillment of contributing to their own community.

I have visited Mohammed in San Francisco on three occasions. I have met all of his children and know each one of them personally.  I must say that Mohammed has done a phenomenal job raising them, mostly as a single father. As a father of three boys myself, I can appreciate the monumental task it has been for Mohammed to raise five children, mostly by himself. Each of the kids has a very special bond with him and enjoy spending time with him. Mohammed and I have often shared stories and experiences as we work through the challenges of raising our children.

On each of my visits to Mohammed in California, he always expressed excitement and commitment to his job and to his community. In fact on my second trip, which was a business trip that I made with a co-worker, I had spoken so much about Mohammed, that my friend, Chris, was really looking forward to meeting Mohammed and spending time with him. We did see Mohammed and he did spend some time with us; however, Mohamed was so busy with his job that we didn't spend more than an hour with him.

In closing, I would like to implore you to kindly consider the impact and value that Mohammed can add to not just his immediate family but also to his friends, neighborhood and society at large.

I am available to answer any questions or inquiries.

Sincerely,

Kodjo Adadevoh

**Lola O. Odunlami**

████████████████████████

████████████████████████

December 31, 2021

via e-mail transmission only

The Honorable Judge William H. Orrick
United States District Court Judge,
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Honorable Judge William H. Orrick,

This letter provides a character reference for Mohammed Nuru.
My name is Lola Odunlami and I met Mohammed around 2011 when I worked as a Senior Legal Analyst
with the Civil Litigation Section, Correctional Law Division of the California Attorney General's Office in
San Francisco.

I encountered Mohammed on a Saturday morning in the street of San Francisco, sweeping. It was one of
those clean San Francisco programs in the Tenderloin district. I was volunteering with my colleagues to
build solar panels on low-income homes and our meet up area was the Civic Center.

Mohammed surprised me because it is not often that one observes a director sweeping on the street of
San Francisco. I was impressed to see Mohammed, broom in hand, head lowered, not delegating, and
engaging in doing the work with his staff – cleaning and packing dirt from the street unto the big truck.
This is how I know Mohammed, free spirit, let us get the work done attitude, shirt pulled up, not
minding elbows getting dirty kind of guy.

Later, I heard about his management style; open door policy, mentoring and recognition of talents
amongst his staff. When most directors email marching orders or instructions from the comfort of their
office, Mohammed gets into the field. He coordinates and engages with people and exhibits that
collaborative attitude of 'let us get the job done together' for our collective benefits. This is an attribute
of his personable character and willingness to nurture, help with executing and implementing the tasks
with staff.

Mohammed will always encourage me about not giving up on passing the California Bar examination. I
remember his excitement when I told him that I passed the Washington State Bar exam. He
congratulated me and nudged me again about the California Bar exam. I appreciate his reminders and
know it is coming from a place of encouragement and desire to be resilient and not give up. This is the
giving, encouraging, uplifting and positive Mohammed, I and others have come to know and respect.

Most sincerely,

Lola Odunlami

███████████████
████████████

January 8, 2022

Honorable Judge William Orrick
United States District Judge
Northern District of California

Your Honor:

**Character Letter in Support of Mohammed Nuru**

My name is Stevina Evuleocha. I am an Emeritus Professor of Marketing
& Entrepreneurship of the California State University, East Bay. I retired
from teaching in August , 2019 after 29 years on the faculty2019.

I have known Mohammed Nuru for at least 10 years as a friend, and in
that time, I have come to know him as a person of good moral character.
I can unequivocally say that the Mohammed I know, is reliable,
trustworthy and kind to people in need. I once witnessed him open his
home to a mutual friend who lost his mom to have a service of songs in
his home. Mohammed not only hosted but also catered the event.

Mohammed possesses a strong sense of duty which applies to his job, his
family and his community:

- Mohammed has spent at least 25 of his adult years in public
  service. His doggedness and capacity to get things done
  contributed to his exceptional history of working under 5
  consecutive mayors in San Francisco. As Director of Public Works
  for the city of San Francisco, Mohammed oversaw one of the city's
  largest and most complex operations.

- A devoted family man, Mohammed is a proud father who wants his
  children to aspire to be the best they can be. He gives them
  challenges that help them with problem solving, while leaving
  room for freedom to face setbacks and resolve conflicts on their
  own. He makes it a point to celebrate every milestone in the lives of
  his children, as well as be present to them in the best way possible.

- His belief in using work to improve the lives of ordinary citizens
  was pivotal to his decision to address homelessness which was one

of the biggest challenges of the City of San Francisco while he was Director of Public Works. In addressing homelessness, Mohammed and his team introduced Navigation Centers which were used as shelters for homeless persons and subsequently converted to affordable housing.

Mohammed's compassion for the less fortunate in society has made him a hero among homeless persons, high school dropouts and even former gang members. Mohammed not only believes that everyone deserves a second chance, he helps make many second chances possible for the unemployed, underemployed and marginalized members of our community. I happen to have personally heard many testimonies from people he has assisted in one way or another. T

If you need additional information about my friend Mohammed Nuru, please do not hesitate to contact me.

Sincerely,

**Stevina Evuleocha, Ph.D.**
Emeritus Professor

Bernard Sices



12/28/2021

To: The Honorable Judge Williams H. Orrick,

United States District Judge, Northern District of California

I have known Mohammed Nuru as a good friend, neighbor, and an inspiration for over 10 years. Over the years, Mohammed Nuru has been a strong role model, confident, highly educated leader in our community and in the city of San Francisco. I am happy to write a letter of reference for Mr. Mohammed Nuru regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Mohammed Nuru has always been an upright character in the communities throughout San Francisco. In our friendship, he has inspiring me to test my abilities beyond its capabilities and put them towards serving the undeserving communities throughout the city and county of San Francisco. As a husband, a father, and a role model towards younger men to apply talents to positive attributes to uplift their peers and further their education to contribute to the positive side of society. I am a positive reflection of Mohammed motiving words and actions that inspire me to inspiring my wife, children, and the next generation to expect nothing and work for everything in this world.

In addition to our friendship, he is an upstanding member in the neighborhood and beyond the voice to put his action in motion to keep the undeserving communities safe and clean for our elders, families, and children to come home. It always a good feeling to come home to a neighborhood and have a neighbor who take pride in the appearance and knowing our community is safe walking on the sidewalk without the fear of debris and contamination under the sole of our shoes and into our home. I believe that as we move forward, he will emerge a better person. I believe in his ability to pay his debt to society by having a fair chance to again to be prove himself in a short amount of time.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mohammed Nuru to be honorable individual, a valuable member of our community, and a good human being.

We all are human -beings and make mistakes to whether it made known or not. Respectfully, please show mercy.

Sincerely,

Bernard Sices

Honorable Judge William H. Orrick, United States District Judge, Northern District of California,

My name is Stephanie, I've been a family friend to the Nuru's for 14 years now. I know Mr. Nuru because of my close friendship with Samira, in many ways I felt the connection I have with Samira is more like sister-ship than friendship and I'm so grateful for our connection.  Ive spent lots of time at the Nuru household because I felt comfortable, loved and part of the family. I could feel that all the Nurus cared about me and I've always really appreciated that. My dad had died when I was 3, so I really appreciated witnessing the close relationship Samira and her dad had. I've always have had great interactions with Mr. Nuru. We would always catch up about life, talk about health and holistic healing modalities, and when I needed it, he would share words of wisdom about life that I greatly appreciated.

Sincerely,

Stephanie Rosignuolo

Jan 06, 2022

Dear Honorable Judge William H. Orrick,

Thank you for your time in hearing this case. In this letter, I will: introduce myself, depict how I know Mr. Mohammed Nuru, and share my experiences as his mentee.

I am a twenty-seven year old working professional, and a new father. I was born and raised in Oakland, and my passions include farming, landscaping, and entrepreneurship. In 2016, I graduated from San Jose State University with a Business Management degree, and aspire to be a successful businessman. Being from Oakland, it is not ordinary that my passions include farming and landscaping; I owe that to my parents. In 2010, my parents fulfilled a lifetime goal when they purchased their dream ranch in Stonyford. It is while living, working, and maintaining their 10-acre orchard oasis that I realized I really enjoy that kind of work. This also leads into how I met Mr. Mohammed Nuru.

Before meeting Mr. Nuru, mutual friends had told me what kind of man to expect. I was told of his influence in the city, and how he was in charge of cleaning up the streets of SF, and how he came up organizing community gardens in Oakland. I was inspired enough already, to hear about a successful black man giving back to his community. Little did I know just how impactful he would be to my life. My first time meeting Mr. Nuru was at a Fourth of July celebration in Stonyford a few years ago; everyone was excited for his arrival because they knew it would be a good time. He was super kind and hospitable from the jump; he took the whole group fishing, gave me a tour of his property, and even invited my family and I to enjoy an African cuisine with him and his family. His humbleness, modesty, and generosity is what struck me; and it was nice to spend time with someone who I aspire to be like.

Since our meeting, I have had countless positive and impactful interactions with Mr. Nuru. We have had plenty of fun- from birthday dinners and family brunch in Sacramento, to glorious boat rides in beautiful Stonyford. My best memories however are from the lessons I learn working by his side. I learned a lot about masonry and concrete work when helping with his home foundation. He was the first person to teach me how to plant a tree (forty of them actually), and helped me learn how to operate a tractor (thus helping spark my interest in farming/landscaping). Mr. Nuru has also taught me the importance of having a plan, remaining disciplined, and focused, and continuously encourages me to keep learning and never get

complacent. Above all, though; he has taught me how to be a strong, family man, who honors his values and lives by principle. There aren't many positive role models like this where I'm from, so I cherish his presence dearly.

I can write on essay on what I have gained and learned from Mr. Nuru, butwill cut it short for time's sake. Good, genuine people are rare, so when you find one you hold on to them. Mr. Nuru is a good, genuine man, and I hope to benefit from his mentorship for decades to come.


Sincerely,


Julian Clark

# ODIASE LAW GROUP

**333 South Grand Avenue, Suite 3310**
**Los Angeles, CA 90071**
**Tel :( 213) 925-9762**
**Internet: Odiaselaw@gmail.com**
**Charles@odiaselaw.com**

January 13, 2022

The Honorable William H. Orrick

Dear Judge,

My name is Charles U. Odiase. I am an Attorney at Law licensed to practice before all the Courts in the State of California

The purpose of this letter is to provide a character reference for my family friend Mohammed Nuru whom I have known for almost 40 years.

I first met Mohammed in the early 1980's when he was a constant visitor at my home. He was and remains a close friend of my two older brothers. As a result of my long relationship with Mohammed, I believe I can provide a level assessment of his character both personally and professionally.

Throughout the years I have known Mohammed, I have known him to be a caring conscientious person who will give the shirt on his back to help the needy. Mohammed has a long history of helping and rehabilitating drug addicts and also going out of his way to assist the downtrodden. I know of many acts of kindness attributed to Mohammed but the one that comes to mind is of a South African exchange student that arrived in San Francisco with nowhere to stay. While wandering around the City, he ran into one of Mohammed's staff who (upon finding out that he was an African) introduced him to Mohammed. Mohammed provided this young man (whom he did not know) with food shelter and clothing. These are the acts of a decent, selfless human being.

I have always known Mohammed to be a family man who loves and treasures his children. I consider him a true friend and a great human being.

Very Truly Yours

Charles U. Odiase



Honorable Judge William H. Orrick,
United States District Judge,
Northern District of California

14 January 2022

Dear Sir,

I am writing to provide a character reference on behalf of Mohammed Nuru.

I am a British Citizen, currently residing in Dubai, UAE.  I am a Chartered Quantity Surveyor (being a Professional Member of the Royal Institution of Chartered Surveyors), a Fellow of the Chartered Institute of Arbitrators, and a Partner in a firm providing expert witness services to the construction and engineering industry.

I am a childhood friend of Mohammed Nuru, and our families are very close.  Due to residing in different parts of the world, I do not get to see Mohammed very much - but when I do, it is very much like seeing my own family.

To me, Mohammed is like a big brother.  He is kind and caring to me and my family, especially to my Mother who he has occasionally looked after (our parents are close).  When I have needed advice at various times in my life, for example when I was considering a job in the USA, Mohammed has always made himself available to listen to me and provide guidance.  Mohammed is a reliable and trustworthy person who always tries to do his best for others.

Everything I have said about Mohammed comes from my heart, and I would readily tell anyone in person who might care to hear what I have to say.

Yours sincerely

Stephen Osuhor

Jacinta Aernan



January 19, 2022

The Honorable William H. Orrick

District Judge, U.S. District Court

For the Northern District of California

San Francisco Courthouse

450 Golden Gate Avenue, San Francisco, CA 94102

Dear District Judge Orrick:

My name is Jacinta Aernan, I work with California Substance Abuse Treatment Facility and State Prison, Corcoran, as a Psychiatric-Mental Health Nurse Practitioner. My family has immense respect for Mohammed Nuru, and known him to be an upright, and hard working person. He is known for his tireless commitment to community activities and social events. Mohammed possesses a great deal of integrity and strives to make sure he is doing the right thing for the less privileged. He is a mentor to the young people around him, and navigates their development, both in terms of practical skills and in terms of character. He is the first to commend a job well done, and reprimand poor behavior.

It is my hope that this letter regarding Mohammed Nuru will act as positive and contributing factor in his case.

Sincere yours,

Jacinta Aernan

January 10, 2022

Honorable Judge William H. Orrick
United States District Judge
Northern District of California

Dear Hon. Judge William H. Orrick,

My name is Steve Ike and I am a Software Engineer and business owner in San Francisco.

I hereby submit my humble attestation of Mohammed Nuru's character as a Community Leader and a charismatic citizen whose work has touched so many people in and around the Bay Area.  In the 20+ years of personal knowledge of him, I have heard of about two dozen stories about people he has helped through internship and skills training programs.

For me personally, Mr. Nuru surprised me several years ago when he and I were casually chatting about family matters.  At one point during the conversation, I bemoaned about the drudgery of finding good and trust worthy baby sitters for my then 2 and 4 year old respectively.  Out of no where, Mr. Nuru told me to feel free to drop off my kids at his house whenever I couldn't find a baby sitter for the day.  I was momentarily taken aback by his offer. I paused, and then asked him what he meant because he is such a super busy person.  He said, Yes, Steve, seriously, please drop your kids off at my house; if I'm not home, my kids can watch them for you.  I thanked him immensely for being so generous in inviting me and my toddlers to his family.  That's the humble and generous trait I admired the most about him.


Thank you Hon. Judge Orrick, for your time to share this little story about Mohammed Nuru with the court.


Respectfully yours,

Steve Ike



**California Lawyers for the Arts**
Fort Mason Center, Building C, Suite 265
San Francisco CA 94123
Phone: 415.775.7200
Fax: 415.775.1143
www.calawyersforthearts.org

January 12, 2022

Honorable Judge William H. Orrick
U.S District Court Judge
Northern District of California

Dear Judge Orrick,

I am writing on behalf of Mohammad Nuru, whom I have known as an important community leader and family friend for the past 30 years. Prior to working for the City and County of San /Francisco, Mr. Nuru ran a community garden program for disadvantaged youth in the Bayview, Community, helping many of them to earn their first paychecks while they learned the discipline of meaningful work.

My son, Akintoye Moses, was one of the beneficiaries of this program. He is now running a youth program for disadvantaged Black and Hispanic middle school students in New York City. He always spoke fondly of Mr. Nuru as an outstanding role model, and our family has always seen him in this light.

Please consider his potential to return to our community and continue his good work on behalf of our youth.

Yours sincerely,

*Alma Robinson*

Alma Robinson,
Executive Director

MNURU_0137

Dadisi Najib

Honorable William H. Orrick
United States District Judge
Northern California District

January 30, 2022

Dear Honorable William H. Orrick

My name is Dadisi Najib. I have known Mohammed Nuru for approximately 20 years. The first time I
heard his name was from my mother, who spoke so highly of the innovative community garden
programs, gardener training and advocacy work Mohammed spearheaded as the Director of the
Southeast League of Urban Gardeners (SLUG). We became acquainted through our work, as we crossed
paths at many community meetings and celebrations in the Bayview Hunter's Point neighborhood and
District 10.

I know him to be a supportive and loving father raising his children as a single parent. I know him to be
an awesome neighbor and life-long steward of the City of San Francisco. I cannot think of any man who
loves the City of San Francsico more than Mohammed.

We rejoiced and celebrated Mohammeds career advancements to the Director of Public Works. For as
long as I have known Mohammed he has worked tirelessly for the betterment of all San Franciscans. His
work ethic is unmatched and he has been an example to all who know him of what it means to live a life
of service to others. *I privately nicknamed him, "the hardest working man in the city", because as a civil-
servant leader and Department Head, there was no one, with the exception of the Mayor that kept the
schedule, had the devotion or was as beloved by our City as Mohammed.*

Mohammed knew long ago what the world is just now starting to recognize as it pertains to the
inequalities, systemic racism and barriers in hiring practices. Under his leadership, Mohammed
developed job-training programs that other City Departments have mirrored and adopted, putting
people to work and providing jobs for San Franciscans who had little to no chance of becoming civil-
servants. This has been life-changing for hundreds if not thousands of families and this will be his
legacy. I will continue to Mohammed Nuru and wish only the highest blessings for him and his family.

Sincerely,

Dadisi Najib

January 2nd, 2022

Honorable Judge William H Orrick,
United States District Judge,
Northern District of California

Dear Sir,

    Greetings and Happy New Year. My name is David Patino and my wife is
Blanca Patino. We are retirees from the United States Postal Service. I worked
there for approximately thirty four years and Mrs. Patino retired after twenty eight
years of service.

    We have known Mr. Mohammed Nuru for approximately six years. We
became good neighbors in Stonyford California. Whenever we are there Mr. Nuru
always comes by to see how we are doing and he always asks if we need
anything. We have shared meals together and had great conversations with him.
He is a beautiful person with a big heart and is always ready to help whenever he
can.

    We talk about the challenges that we are facing with the responsibilities of
caring for our elderly parents. Mr. Nuru's consolation and spiritual advice always
gives us encouragement and uplifts our spirits. His infectious laugh brings about
a sense that everything will turn out okay.
 Mr. Nuru is a wonderful person and we are truly blessed to have him as a
neighbor and a friend.

    Sincerely,

MNURU_0139

Honorable Judge William H. Orrick,

My name is Allen Rand Mims and proud to offer my recommendation of Mohammad Nuru to whom I have personally known for twenty-one years as my friend and neighbor.

During my relationship with Mohammad Nuru our families have also become very close with one another, we are together for holidays such as Thanksgiving, Christmas, and other family events.  During these times I have experienced an individual who is caring, and always looks out for the other guy.

Many people in the community look up to him for his continuous work with helping youths in the community to obtain jobs.

Please do not hesitate to contact me if you should require any further information.

Best,

Allen Rand Mims

January 3, 2022



# College of Arts and Sciences
Department of History and Political Science

**TUSKEGEE**
UNIVERSITY

**To:**
Honorable Judge William H. Orrick
United States District Court
Northern District of California,
San Francisco Courthouse,
450 Golden Gate Avenue, San Francisco, CA 94102

January 8th, 2022

### Letter of Character Reference for Mr. Mohammed Nuru

This is a letter of character reference for Mr. Nuru Mohammed to demonstrate his qualities as a human being and my observations of his interactions with people that he lived and worked with. I have known Mr. Nuru for twenty three years. I can attest that he is a good and affable person. I became acquainted with him through mutual childhood friends. We have remained friends since then, and we became intimately close because of our passions for Architecture and Public Policy. Mr. Nuru kept me abreast of his professional achievements.

I also followed his public service career dutifully from his earlier day, and his eventual promotion to the Director of Public Works city of San Francisco. My observation of Mr. Nuru is that he is a kind and considerate of his family, friends, and employees, and community. I ate with him and his subordinates many times during my many visits to San Francisco. Mr. Nuru's humility, hard work, affection, and commitment to the City of San Francisco in his earlier years of his career ensnarled him to the leadership of the city.

Mr. Nuru's appointment in n 2012 as the Director of Public Works City for City of San Francisco was a source of pride for many in the immigrant communities of United States. This was also personal achievement for Mr. Nuru. Mr. Nuru opened the doors of his home to people of different cultures. Mr. Nuru's interactions with his children are always collegial and humane which I observed closely during my frequent visits to his home. I frequently observed his interactions with his children vividly. Mr. Nuru's intercultural capacities were consistently demonstrated through his tenacities to interact with his family, and different people by employing his language skills in English, and Hausa languages. His commitments to social issues are best demonstrated by his activities to

John A. Kenney Hall

Suite 70-117

Tuskegee, AL 36088

Phone (334) 727-4974

Fax (334) 724-4196

www.tuskegee.edu

support of homeless people, widows, orphans, old people, and unemployed youths in the City of San Francisco.

Mr. Nuru worked tirelessly for his children; making sure that their needs are met before and after school and making sure his children have adequate facilities; and appropriate tools for studying to meet demands of their school, and extracurricular programs. Mr. Nuru's has participated actively in his children's basketball, music, and academic programs; he gave qualitative feedbacks to his children and their teachers. Several times I attended parties organized by Mr. Nuru for different community groups. Mr. Nuru is extremely competent person who has developed deep understanding for difficult and complex issues in dealing with different people.  Mr. Nuru has strong leadership capacity; his leadership philosophy is based on leading by examples I saw him cleaning the streets many times, his work as a leader is the most demanding and complex which makes it easier for him to get loyalty, cooperation, and support from people.

Mr. Nuru is honest, conscientious, persistent, determined, and extremely focused person who take his relationships with people and responsibilities seriously.  Mr. Nuru's capacities are demonstrated through his capacities as a teacher, and his leadership skills are demonstrated through his strong involvement with many communities, and constituents in San Francisco.    Mr. Nuru is an outstanding individual who is extremely passionate about life and people from different backgrounds.

Mr. Nuru has outstanding leadership, interpersonal skills, maturity, judgment, oral and written expression, persistence, motivation, and independence of thought, all of which will contribute greatly to positive evaluation of his character reference.  Mr. Nuru is honest, generous, kind, promising, mature, and intelligent person, who has had the most positive impacts on his family. He embodied and represented many things to the communities of poor people, immigrants of different colors, and he represented what is possible for immigrants in United States if they worked hard and followed the rules.

Mr. Nuru is extremely giving and supportive of people, and he is a selfless advocate of children, and was also extremely supportive of college students looking for internships. Mr. Nuru embodies what a great leader is because he motivates and leads by example. This letter was written based on my personal observation and evaluation of Mr. Nuru's character. If you need additional information about Mr. Nuru, please feel free to contact me at ██████████, and ████████████████.  Thank you for your consideration.

With warmest regards,

*Abdul Salau*

Abdul Salau, Ph.D.
Assistant Professor | Department of History and Political Science
College of Arts and Sciences
Tuskegee University
70-101 John A. Kenney Hall
1200 Montgomery Road
Tuskegee, AL36088
Phone: 334-727-8660
 email: asalau@tuskegee.edu

# Adetunji Adebayo

███████████████████

10th January, 2022

**Honorable Judge William H. Orrick,**
United States District Judge,
Northern District of California,
United States of America.

Dear Justice Orrick,

## CHARACTER REFERENCE FOR MR. MOHAMMED NURU

I have had the privilege to know Mohammed Nuru for only 10 (ten) years. It feels like we have known each other for twenty (20) years.

Moe as we all call him, has a big heart, always going out of his way to solve other people's problem. He is hardworking and has an excellent rapport with people of all ages.

I have never met anyone who consistently gives of himself. He would sometimes make promises to help even though he has not figured out how he will solve the problem.

Moe's greatest asset is his sense of LOVE.

Love for Parents.
Love for Siblings.
Love for his children.
Love for his friends.

Yours sincerely,

Adetunji Adebayo



Honorable Judge William H. Orrick,
United States District Judge,
Northern District of California

12th January 2022

Character Reference – Mohammed Nuru

Dear Sir,

I have known Mohammed for over 40 years, we grew up together in the small city of Zaria in northern Nigeria. We attended the same secondary school from the ages of 11 to 16 and regularly spent the weekends in each other's houses during school outings. Mohammed was always fun to be with, always a kind word to others and made friends easily.

When my wife and I came to visit Mohammed in San Francisco, we were amazed wherever we went, how many people he knew on first name basis, dedication to duty and to the people of San Francisco. He has always been a genuine person, truthful and honest, the same person I remember having grown up and spent so much time together all those years ago.

I truly believe Mohammed has much more to offer the people of San Francisco given the chance to show his loyalty, hard work, intuition and I wish him every success, wherever that may take him.

Yours sincerely,

**Ahmed KYARI**

**Project Manager – Build & Defence**| Balfour Beatty | Regional |South Business Unit

Tel: +(44)1432 345628 | E: ahmed.kyari@balfourbeatty.com

www.balfourbeatty.com |  @balfourbeatty |  LinkedIn

**Balfour Beatty**

**Build to Last**
Lean. Expert. Trusted. Safe.

Esther Rov-Ikpah

███████████████
███████████████

Tuesday, January 4, 2022

Honorable Judge William H. Orrick
United States District Judge
Northern District of California.

Your Honor,

My name is Esther Rov-Ikpah and I am a wife, mother, nurse and Certified Diabetes Care and Education specialist by profession. I am writing this letter of support with respect to Mr. Mohammed Nuru. I met Mr. Nuru about 7 years ago through my husband Beeior and he has been a friend of our family over this period, particularly given our shared Nigerian heritage.

I would like to say that Mr. Nuru has been a good friend of our family, and also a great father to his five children. He has always been a positive influence in my life personally and has shown me such values as the value of family, and being there for people, being caring and concerned about the welfare of friends and family. All the time I have known him, he has been enthusiastic about his work, a hard-worker and a kind human being and a loving and devoted father. He cares about his community and has worked hard to contribute personally to his community.

As a person with diabetes, he has been interested in learning about improving his Diabetes and we have worked together on cooking healthy meals(I have given him a few cooking lessons in the past few years). He has demonstrated determination and commitment to improving his diabetes through dietary interventions and increased physical activity.

Please let me know if you have any questions and I am happy to provide any more information necessary.

Esther Rov-Ikpah, RN, CDCES

MNURU_0146

January 31, 2022

To: Honorable Judge William H. Orrick - United States District Judge - Northern District of California

From: JoAnn Moore – █████████████████████

RE: Mr. Mohammed Nuru

Dear Honorable Judge Orrick,

I want to first preface this letter by thanking you for being a civil servant in a city that I love, immensely. I want to also thank you for taking the time to peruse this letter that I've drafted in support of Mr. Nuru. I'm a lifelong resident of San Francisco's, Bayview-Hunter's Point. I raised three wonderful daughters. They've all flown the coop and are now successful in their own rights. From a very young age I made sure to instill in them the importance of being earnest and giving back to their community. Civil service is extremely close to my heart. In fact, my youngest daughter being the force and non-traditionalist that she is chose a road not often traveled by women. She's a firefighter for our beloved SFFD. I serve in a different capacity. I work at the grassroots level with various non-profits as I believe that is where I can make the biggest impact and thus affect change.

I came to know Mr. Nuru based on the work that he did within the community as well as his work in his official capacity for the City and County of SF. Mr. Nuru provided employment to generations of people from various walks of life. He was a blessing to many. Empowering a person and affording them an opportunity to financially provide for their families was a blessing that Mr. Nuru bestowed upon many people throughout his employment with the city. I've known Mr. Nuru for several years and throughout that time I personally saw as well as heard many positive things about Mr. Nuru. He comes from humble beginnings and I believe that's what instilled such a strong work ethic within him. He's a loving father with adult children as well as a teenage daughter. He's hardworking, patient, kind, goal oriented and highly driven. Mr. Nuru was a strong proponent of promoting from within those that showed themselves to be dedicated to their jobs and actively demonstrated a personal desire to be more.

One of the things that I found to be quite admirable about Mr. Nuru was his spiritual faith. That resonated with me as I'm a woman of faith who believes and actively follows Christ. Given my personal experiences with Mr. Nuru coupled with the countless observations I made of him with others, I chose to write this letter to you in support of him. One of the universal truths for all human beings is that no matter where you come from, support is paramount. It's of course not always given. However, if a person is blessed enough to receive support of any kind, they appreciate it. With that and more I want to again thank you for taking the time to read this letter of support for Mr. Nuru.

Respectfully,

*JoAnn Moore*
JoAnn Moore

Linda Barnard



January 12, 2022

To: Honorable Judge William H Orrick

United States District Judge, Northern District of California

I am writing on behalf of Mohammed Nuru. My name is Linda Barnard. As a native San Franciscan, I currently live and work in the City of San Francisco.

I have known Mr. Nuru since the late 1990's while working with youth in our city. I have come to know him to be a good friend and Father. I grew to admire Mr. Nuru and his dedication to his 5 children that he has been raising alone. He is also a good Son and Brother to his mother and siblings.

*Mr. Nuru has been a caring friend to me and many others. He is generous and always willing to lend a* hand when needed. He is a good listener and always willing to pick up a phone when you need an ear. As a friend, he is empathetic and considerate. I am truly honored to call him my friend.

Mr. Nuru is also an active member in the community often volunteering his time for events and at organizations that are serving families in need. He has a true sense of what it means to be a part of a community. His dedication to the greater good is admirable.

Thank you for taking the time to read this letter

Respectfully,

Linda Barnard

Honorable Judge William H. Orrick,
United States District Judge,
Northern District of California
USA

14TH JANUARY 2022

## LETTER OF CHARACTER REFERENCE FOR MOHAMMED NURU

My name is Reverend Oladimeji Peter Thompson, I am a clergyman and also serve as the Special Adviser to the president of the Christian Association of Nigeria (the umbrella body for the Christian faith) on matters related to religious terrorism and conflict resolution. I make regular contributions in the print and news media at the national level and have been quoted severally as an opinion molder and consensus builder of note. If my memory serves me right, I first met with Mr. Mohammed Nuru, in the year 1980. Etched forever in my memory is the wide brimmed smile that greeted me in architect school at my first lecture in Ahmadu Bello University, Zaria. Tall, extremely fair skinned and jovial fellow, Mohammed Nuru and I became friends and classmates for the rest of our years in the prime University of Northern Nigeria.

One thing that struck me then and has remained till date was his accommodating and open attitude towards persons like myself who were not of the same religious persuasion and cultural background. In the course of time, I visited his family and homestead in Shika, a little town not too far from the University, there I met his mother, brothers, sister and a very academic father who happened to be a professor in the university. Mohammed proved to be a trusting, loyal and faithful friend who would go the extra mile to assist others whenever the need arose. His exuberance was infectious and his incisive and inquisitive bent of mind was well suited for the profession of architecture. His design concepts and out-of-the-box sketch proposals created a stir every now and then in the architecture school.

Looking back today neither Mohammed Nuru nor myself would have thought that he would become the celebrated architect while I ended up taking the vows to become a pastor and priest. We have through the decades kept up the friendship and continued to exchange telephone calls once in a while when he moved to the United States of America. After my stint in Architecture School in the North of Nigeria my vocation as a clergyman later gave me occasion to return into the proselytization fields of Northern Nigeria.

I have served for a few decades in the hot areas that are considered as the hotbeds of religious terrorism and Islamist religious extremism and it is my firm

friendship across the religious divide with individuals like Mohammed Nuru that has kept my hopes up that we too will one day achieve sustained peace in my nation. I recall a few times in our college days when religious extremists attempted to stir up trouble but did not get much mileage because brothers like Mohammed not only stood up for religious liberties but also insisted that violence was not the way of the genuine Muslim faithful.

As a Christian clergy man, it is my conviction that Muslim brothers like Mohammed Nuru with his insistence on fairness, openness and open dialogue in religious dealings will forever be an asset in our pursuit of global peace and amity. I consider it a privilege to have been his friend for over four decades and my prayer is that life will be as kind to him as he has been to us.

Reverend Oladimeji Peter Thompson

# Steve D. Ugbah, Ph.D.
# Emeritus Professor
California State University East Bay, Hayward, CA 94542

January 12, 2022

**Honorable Judge William H. Orrick**
United States District Judge
Northern District of California
San Francisco, California

Your Honor:

## Character Reference Letter for Former San Francisco Department of Public Works Director, Mr. Mohammed Nuru

I, Emeritus Professor Steve Davies Ugbah, California State University East Bay, Hayward, California, do humbly offer this character reference letter on behalf of **Mr. Mohammed Nuru**, Former Director, San Francisco Department of Public Works.

I have lived and worked in the San Francisco Bay Area since I moved to the area from Ohio in 1986. Apart from teaching Marketing at the College of Business and Economics, California State University East Bay, I have also been involved in some community programs in the Bay Area. My involvement includes conducting community research projects for the City of Hayward, City of Fremont, City of Walnut Creek, the Golden State Warriors, and Oakland Public Health Department.

My family and I have known Mr. Mohammed Nuru for over 10 years as a friend, and one who has been instrumental in the personal and professional development of people from diverse backgrounds and ethnicities in the Bay Area.

Throughout our interaction with Mr. Mohammed Nuru, we have found him to be courteous, sensitive, and a responsible family man. Mr. Mohammed Nuru has been very passionate about his involvement in the development of the City of San Francisco and its environs. My family only has fond memories of Mr. Mohammed Nuru.

I will be delighted to offer any additional information about a friend, Mr. Mohammed Nuru, if needed. Thanks.

Sincerely,

*Steve Ugbah*

**Steve D. Ugbah, Ph.D.**
Emeritus Professor