1  MILES EHRLICH (Bar No. 237954)
   miles@ramsey-ehrlich.com
2  KATHARINE KATES (Bar No. 155534)
   katharine@ramsey-ehrlich.com
3  RAMSEY & EHRLICH, LLP
   803 Hearst Avenue
4  Berkeley, CA 94710
   Telephone: (510) 548-3600
5

6  *Attorneys for Defendant Mohammed Nuru*

7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  UNITED STATES OF AMERICA,          )   Case No.: 3:21-CR-00490 WHO
                                       )
12            Plaintiff,               )
                                       )   **DEFENDANT'S MOTION TO**
13       v.                            )   **REMOVE INCORRECTLY FILED**
                                       )   **DOCUMENT AND [~~PROPOSED~~]**
14  MOHAMMED NURU,                     )   **ORDER**
                                       )
15            Defendant.               )
                                       )   Hon. William H. Orrick
16                                     )
                                       )
17                                     )
                                       )
18                                     )

19

20

21

22

23          Defendant Mohammed Nuru brings this Motion to Remove an Incorrectly Filed

24  Document.  The defense respectfully requests that the Court remove Docket No. 112-4 from

25  the Docket in this matter.  A corrected version of that docket entry has been filed at Docket

26  No. 116-1.

27

28  MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [~~PROPOSED~~] ORDER
    *United States v. Nuru*
    Case No. 3:21-CR-00490-001 WHO

                                           1

1   The defense makes this request because Docket No. 112-4 contains a letter in support

2   of Defendant Mohammed Nuru that was mistakenly filed.  That letter is at Dkt. No. 112-4,

3   MNURU_0058, and is part of Exhibit D to Mohammed Nuru's Sentencing Memorandum and

4   Motion for Downward Variance.  If the letter is not removed from the docket, it will have

5   negative employment consequences for the author of that letter, Mrs. DiJaida Durden.

6   Mrs. Durden is employed as a Deputy Director of the Department of Public Works.

7   Mrs. Durden submitted that letter in her personal capacity—*not* her professional capacity as a

8   Public Works employee.  That letter was mistakenly submitted on the Department of Public

9   Works letterhead.  But she did not intend this to reflect the opinion of the Department of

10  Public Works, it reflects only her personal opinion.  It should not have been submitted on

11  Department of Public Works letterhead.  This was an error.

12  Mrs. Durden has corrected this mistake.  Defense counsel filed a Notice of Errata at

13  Docket No. 116, with the corrected Exhibit D, with a letter from Mrs. Durden in her personal

14  capacity at MNURU_0058.

15  The defense respectfully requests that Docket No. 112-4 be removed from the docket

16  to avoid any negative employment consequences for Mrs. Durden that will result from this

17  erronesouly filed document.

18  DATED: August 25, 2022

19                                                  Respectfully submitted,

20

21                                                  /s/ Katharine A. Kates
                                                    KATHARINE A. KATES
                                                    MILES EHRLICH
22

23                                                  *Attorneys for Defendant Mohammed Nuru*

24

25

26

27

28  MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER
    *United States v. Nuru*
    Case No. 3:21-CR-00490-001 WHO

                                                    2

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

Good cause having been shown, Docket No. 112-4 shall be removed from the docket in this matter.

IT IS SO ORDERED

DATED: August 25, 2022



HON. WILLIAM H. ORRICK

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
*United States v. Nuru*
Case No. 3:21-CR-00490-001 WHO

3