UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 25, 2022     **Time:** 58 minutes     **Judge:** WILLIAM H. ORRICK
3:05 p.m. to 4:03 p.m.

**Case No.:** 21-cr-00490-WHO-1     **Case Name:** UNITED STATES v. Nuru

**Attorney for Plaintiff:** Alexandra Shepard
**Attorneys for Defendant:** Miles F. Ehrlich and Katharine Kates
Defendant **Mohammed Colin Nuru** – present, on bond

**Deputy Clerk:** Jean Davis     **Court Reporter:** Belle Ball
**Interpreter:** n/a     **Probation Office:** Jessica Goldsberry

Sentencing Hearing conducted.

**Findings:** The Court advises counsel of the materials reviewed in preparation for the sentencing. Defense provides an additional supplemental filing (which has also been filed in the docket). The parties have agreed upon revisions to the Presentence Report (PSR) to reflect updated information; an amended PSR will be issued adopting those revisions. The Court reviews the sentencing guideline calculations with counsel, who confirm their accuracy. Government and defense counsel heard as to the §3553(a) factors and sentencing recommendations. Probation declines comment beyond the content of the Presentence Report. Mr. Nuru waives the right to address the Court and stands on the letter submitted in advance of the hearing. Government motion to dismiss Counts 2 and 3 is granted. The Court addresses Mr. Nuru directly and summarizes the factors considered in crafting an appropriate sentence. Sentence is pronounced as indicated below. Mr. Nuru is advised of his appellate rights. Given Mr. Nuru's medical conditions, defense requests that surrender be delayed until January; request granted.

**Judgment:** Defendant is committed to the Bureau of Prisons for a term of 84 months as to Count 1 of the Information. The Court recommends to the Bureau of Prison that Mr. Nuru be designated to a facility with appropriate medical facilities to address his chronic health conditions. Upon release from incarceration, Mr. Nuru will be placed on Supervised Release for a term of 3 years under the standard conditions in force in this District and additional special conditions, including completion of 100 hours of community service. A Special Monetary Assessment of $100.00 is imposed and is due and payable immediately. A fine of $35,000 is imposed. The defendant shall forfeit his interest in real property in Stonyford, California.

Defendant is ordered to report to the U.S. Marshal or BOP by January 6, 2023.