1

2

3

4

5

6

7

8

9

10

11                                  UNITED STATES DISTRICT COURT

12                              NORTHERN DISTRICT OF CALIFORNIA

13                                    SAN FRANCISCO DIVISION

14   UNITED STATES OF AMERICA,            )   CASE NO. CR 21-0490 WHO
                                          )
15           Plaintiff,                   )   FINAL ORDER OF FORFEITURE
                                          )
16       v.                               )
                                          )
17   MOHAMMED NURU,                       )
                                          )
18           Defendant.                   )
                                          )

19

20       On August 28, 2022, the Court entered a Preliminary Order of Forfeiture forfeiting the following

21   property:

22       • Real Property and Improvements located at 2803 Lodoga Stonyford Road,

23          Stonyford, CA 95979 (APN: 010-280-086) and

24       • Real Property and Improvements located at 2819 Lodoga Stonyford Road,

25          Stonyford, CA 95979 (APN: 010-280-085).

26   pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

27   States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal

28   Procedure and Title 21, United States Code, Section 853.

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 21-0490 WHO                                        1

1    The United States represents that it has complied with the publication notice requirements of the

2  Preliminary Order and that no petitions have been filed.

3    THEREFORE, it is so ordered that the above-described property shall be forfeited to the United

4  States pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

5  United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of

6  Criminal Procedure and Title 21, United States Code, Section 853.  All right, title, and interest in said

7  property is vested in the United States of America.  The appropriate federal agency shall dispose of the

8  forfeited property according to law.

9

10  Dated:  December 9, 2022

11                                                HON. WILLIAM H. ORRICK
                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28